IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CYNTHIA L. GAPPMAYER                                              PLAINTIFF

v.                              Civil No. 11-2054

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION                                    DEFENDANT

**O R D E R**

On the 7th day of April 2011, plaintiff submitted a perfected request for leave to proceed *in forma pauperis*. ECF No. 5. IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. ECF No. 2, 5.

The court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED on this the 7th day of April 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)